**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

IN RE:

    BRANDON PAUL KENNAIR

SS#: : XXX-XX-1705

        DEBTOR(S)

CASE NO. 09-82944-JAC-13

CHAPTER 13

**TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN**

    COMES NOW, Philip A. Geddes, the Chapter 13 Trustee in the above styled case, and moves this Court to modify  Debtor's previously confirmed plan; and as grounds therefore, the Trustee would show unto the Court as follows:

1.   The Debtor's Chapter 13 plan was filed on July 21, 2009 and presently calls for payments of $795.00 monthly to the Chapter 13 Trustee.

2.   The Debtor is in material default with respect to the terms of the Chapter 13 Plan.

3.   The Trustee proposes to increase the Chapter 13 Plan payments to $795.00 monthly beginning in February 2010 for the remaining months of the plan to cure the default.

4.   Beginning February 2010, Debtor shall be placed on a six month probationary period wherein if plan payments are not made when they become due, case will be dismissed without further notice.

5.   Other provisions:  All other provisions to remain the same.

    WHEREFORE, the Trutstee moves for an order modifying the plan pursuant to 11 U.S.C. § 1329 and Rule 3015(g) as set out above.

    RESPECTFULLY SUBMITTED, this the 28th day of December, 2009.

    NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE CHAPTER 13 STANDING TRUSTEE WITHIN 23 DAYS FROM DATE OF SERVICE HEREOF UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH A REQUEST FOR A HEARING.  IF NO RESPONSE IS TIMELY SERVED AND FILED, THE MOTION TO MODIFY CHAPTER 13 PLAN SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

/s/ Philip A. Geddes
PHILIP A. GEDDES, TRUSTEE
P.O. BOX 2388
DECATUR, AL  35602-2388
(256)350-0442

**CERTIFICATE OF SERVICE**

I, Philip A. Geddes, certify that on the 28th day of December, 2009, a copy of the above and foregoing instrument was served upon all creditors listed on the Clerk's Certified Matrix and to the entities as listed below, via U.S. Mail, postage prepaid & properly addressed.

BRANDON PAUL KENNAIR
229 SUMMERS DRIVE
FLORENCE, AL 35634

BOND BOTES SYKSTUS HATCHER & TANNER,
P.C
102 S COURT ST STE 314
FLORENCE, AL 35630

/s/ Philip A. Geddes
Philip A. Geddes, Trustee